Order entered August 25, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00415-CV

**JUST ENERGY TEXAS I CORP., Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION AND CEDRIC THOMAS, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07637-I**

## ORDER

We **GRANT** appellees' August 18, 2014 motion for extension of time to file brief and

**ORDER** the brief be filed no later than September 17, 2014. No further extensions will be

granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE